AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| Andres Guerrero-Foster | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  CV-22-1563-PHX-DLR |
| | ) | |
| Merrick Garland, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Merrick Garland
c/o  Civil Clerk
United States Attorney's Office
District of Arizona
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, AZ 85004-4408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin T. Wiesinger
Pope & Associates, PC
320 E. McDowell Rd., Suite 220
Phoenix, AZ  85004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____                    _____
_Signature of Cler⌐_

ISSUED ON 2:59 pm, Sep 15, 2022
s/ Debra D. Lucas, Clerk

Case 2:22-cv    563-DLR   Document 4   Filed 09/1    Page 2 of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  CV-22-1563-PHX-DLR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Merrick Garland

was received by me on *(date)*    9/15/2022    .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    U.S. Attorney, District of Arizona    , who is
designated by law to accept service of process on behalf of *(name of organization)*    U.S. Attorney General
on *(date)*    9/16/2022    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.

Date:    9/16/2022

_____
*Server's signature*

Benjumin J. Wiesinger
_____
*Printed name and title*


POPE & ASSOCIATES, PC
20 E. MCDOWELL RD., SUITE 220
PHOENIX, ARIZONA 85004
*Server's address*


Additional information regarding attempted service, etc: