AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| Andres Guerrero-Foster | ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  CV-22-1563-PHX-DLR |
| Merrick Garland, et al | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Merrick Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin T. Wiesinger
Pope & Associates, PC
320 E. McDowell Rd., Suite 220
Phoenix, AZ  85004


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk*

ISSUED ON  3:02 pm, Sep 15, 2022

s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  CV-22-1563-PHX-DLR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Merrick Garland

was received by me on *(date)*   9/15/2022   .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  U.S. Attorney, District of Arizona  , who is

designated by law to accept service of process on behalf of *(name of organization)*   USDOJ

_____ on *(date)*  9/16/2022   ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  By certified U.S. Mail pursuant to Rule 4(i)(2)(A)


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  9/16/2022

_____
*Server's signature*

Benjamin T. Wiesinger
*Printed name and title*

**POPE & ASSOCIATES, PC**
320 E. MCDOWELL RD., SUITE 220
PHOENIX, ARIZONA 85004
*Server's address*

Additional information regarding attempted service, etc: