AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Andres Guerrero-Foster | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.  CV-22-1563-PHX-DLR |
| Merrick Garland, et al | ) ) ) |
| *Defendant(s)* | ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Alejandro Mayorkas
Secretary, Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC  20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Benjamin T. Wiesinger
Pope & Associates, PC
320 E. McDowell Rd., Suite 220
Phoenix, AZ  85004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk*

ISSUED ON  3:01 pm, Sep 15, 2022
s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-22-1563-PHX-DLR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Alejandro Mayorkas

was received by me on *(date)*    9/15/2022    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    U.S. Attorney District of Arizona    , who is

designated by law to accept service of process on behalf of *(name of organization)*    USCIS

on *(date)*    9/16/2022    ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  By certified U.S. Mail pursuant to Rule 4(i)(2)(A)

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: 9/16/2022

_____
Server's signature

Benjamin T. Wiesinger
_____
Printed name and title

POPE & ASSOCIATES, PC
320 E. MCDOWELL RD., SUITE 220
PHOENIX, ARIZONA 85004
Server's address

Additional information regarding attempted service, etc: